B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Polaroid Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **22-3856546** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**4400 Baker Road**<br>**Minnetonka, MN**<br>ZIP CODE **55343** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Hennepin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Polaroid Corporation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **Delaware** | Case Number: **01-10864 et al** | Date Filed: **10/12/2001** |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See attached** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X Not Applicable**
Signature of Attorney for Debtor(s)     Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Polaroid Corporation** |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Debtor

X **Not Applicable**
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|

X *[signature]*
Signature of Attorney for Debtor(s)

**James A. Lodoen Bar No. 0173605**
Printed Name of Attorney for Debtor(s) / Bar No.

**Lindquist & Vennum P.L.L.P.**
Firm Name

**80 South 8th Street Suite 4200**
Address

**Minneapolis MN 55402**

**612-371-3211**     **612-371-3207**
Telephone Number

*December 18, 2008*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature] Mary L. Jeffries*
Signature of Authorized Individual

**Mary L. Jeffries**
Printed Name of Authorized Individual

**Chief Executive Officer**
Title of Authorized Individual

*December 18, 2008*
Date

| Name of Debtor | Case # | Date Filed | Relationship | District | Judge |
|---|---|---|---|---|---|
| Petters Group Worldwide, LLC | 08-45258 | 10/11/08 | Affiliate | Minnesota | Gregory F. Kishel |
| Polaroid Corporation | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid Holding Company | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid Consumer Electronics, LLC | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid Capital, LLC | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid Latin America I Corporation | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid Asia Pacific LLC | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid International Holding LLC | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid New Bedford Real Estate, LLC | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid Norwood Real Estate, LLC | TBD | 12/18/08 | Affiliate | Minnesota | TBD |
| Polaroid Waltham Real Estate, LLC | TBD | 12/18/08 | Affiliate | Minnesota | TBD |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re **Polaroid Corporation**, Case No. _____
Debtor  Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Petters Capital, LLC<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | DISPUTED | $183,998,000.00<br><br>SECURED VALUE: |
| Petters Company, Inc<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | DISPUTED | $29,471,534.00<br><br>SECURED VALUE: |
| Polaroid Norwood Real Estate, LLC<br>300 Baker Avenue<br>Concord, MA 01742 | | | | $16,475,172.00 |
| Alps Electric Co Ltd<br>1 7 Yukigaya Otsuka Cho OTA KU<br>Tokyo, Japan 1458501 | Alps Electric Co Ltd<br>81-3-5499-8090<br>Alps Electric Co Ltd<br>1 7 Yukigaya Otsuka Cho OTA KU<br>Tokyo, Japan 1458501 | Trade Debt | | $16,353,794.85 |
| Polaroid Holding Company<br>4400 Baker Road<br>Minnetonka, MN 55343 | | | | $14,514,624.00 |
| OS ELECTRONICS CO LTD<br>AKIHABARA SANWA TOYO BLDG 5F<br>TOKYO, JAPAN 1010021 | OS Electronics Co Ltd<br>81-332555985<br>OS ELECTRONICS CO LTD<br>AKIHABARA SANWA TOYO BLDG 5F<br>TOKYO, JAPAN 1010021 | Trade Debt | | $2,831,120.00 |

In re **Polaroid Corporation**                    , Case No. _____
                              Debtor              Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Polaroid Asia Pacific, LLC<br>300 Baker Avenue<br>Concord, MA 01742 | | | | $2,703,328.00 |
| RIVET MARKCOM<br>PO BOX 7247-6589<br>C/O ZIPATONI<br>PHILADELPHIA, PA 19170-6589 | Rivet Markcom<br>312-799-4000<br>RIVET MARKCOM<br>PO BOX 7247-6589<br>C/O ZIPATONI<br>PHILADELPHIA, PA 19170-6589 | Trade Debt | | $1,741,581.80 |
| Zink Imaging<br>6900 Konica Drive<br>Whitsett, NC 27377 | Zink Imaging<br>781-761-5353<br>Zink Imaging<br>6900 Konica Drive<br>Whitsett, NC 27377 | Trade Debt | | $1,509,912.00 |
| Ropes & Young LLC<br>PO Box 414265<br>Boston, MA 02241-4265 | Ropes & Young LLC<br>212-596-9000<br>Ropes & Young LLC<br>PO Box 414265<br>Boston, MA 02241-4265 | Trade Debt | | $1,200,653.01 |
| Adapter Technology Co. Ltd.<br>6F-No 259 Lian-Cheng Rd<br>Chung Ho City | Adapter Technology Co. Ltd.<br><br>Adapter Technology Co. Ltd.<br>6F-No 259 Lian-Cheng Rd<br>Chung Ho City | Trade Debt | | $570,249.60 |
| MCDONNELL BOEHNEN<br>HULBERT&BERGHOFF<br>300 SOUTH WACKER DRIVE<br>Chicago, IL 60606 | McDonnell Boehnen<br>312-913-0001<br>MCDONNELL BOEHNEN<br>HULBERT&BERGHOFF<br>300 SOUTH WACKER DRIVE<br>Chicago, IL 60606 | Trade Debt | | $514,717.39 |

In re **Polaroid Corporation**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Weber Shandwick Worldwide<br>8000 Norman Center Dr.<br>Minneapolis, MN 55437 | Weber Shandwick Worldwide<br>952-832-5000<br>Weber Shandwick Worldwide<br>8000 Norman Center Dr.<br>Minneapolis, MN 55437 | Trade Debt | | $309,205.28 |
| Thule Organization Solutions Inc.<br>Dept CH 19134<br>DBA Case Logic<br>Palatine, IL 60055-9134 | Thule Organization Solutions Inc.<br>800-447-4848<br>Thule Organization Solutions Inc.<br>Dept CH 19134<br>DBA Case Logic<br>Palatine, IL 60055-9134 | Trade Debt | | $230,989.82 |
| HURON CONSULTING GROUP LLC<br>4795 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-4795 | Huron Consulting Group LLC<br><br>HURON CONSULTING GROUP LLC<br>4795 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-4795 | Trade Debt | | $218,088.01 |
| HOULIHAN LOKEY HOWARD & ZUKIN<br>225 SOUTH SIXTH STREET, STE 4950<br>MINNEAPOLIS, MN 55402 | Houlihan Lokey Howard & Zukin<br><br>HOULIHAN LOKEY HOWARD & ZUKIN<br>225 SOUTH SIXTH STREET, STE 4950<br>MINNEAPOLIS, MN 55402 | Trade Debt | | $165,577.10 |
| Kirkland & Ellis<br>200 E. Randolph Drive<br>Chicago, IL 60601-6436 | Kirkland & Ellis<br><br>Kirkland & Ellis<br>200 E. Randolph Drive<br>Chicago, IL 60601-6436 | Trade Debt | | $159,007.42 |
| MARKETSTAR<br>2475 WASHINGTON BLVD<br>OGDEN, UT 84401 | Marketstar<br><br>MARKETSTAR<br>2475 WASHINGTON BLVD<br>OGDEN, UT 84401 | Trade Debt | | $138,409.05 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Polaroid Corporation** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Watch City Development LLC<br>60 Columbus Circle<br>New York, NY 10023 | Watch City Development LLC<br>212-801-1069<br>Watch City Development LLC<br>60 Columbus Circle<br>New York, NY 10023 | Trade Debt | | $111,651.77 |
| Clean Harbors<br>42 Longwater Dr.<br>Norwell, MA 02061 | Clean Harbors<br>781-792-5000<br>Clean Harbors<br>42 Longwater Dr.<br>Norwell, MA 02061 | Trade Debt | | $108,149.53 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Mary L. Jeffries, Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _December 18, 2008_   Signature: _Mary L. Jeffries_

Mary L. Jeffries, Chief Executive Officer
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**Polaroid Corporation**

**SIGNATURE DECLARATION**

Debtor(s).   Case No. _____

___✓___ PETITION, SCHEDULES & STATEMENTS

_____ CHAPTER 13 PLAN

_____ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

_____ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

_____ MODIFIED CHAPTER 13 PLAN

_____ OTHER (Please describe:_____)

I **Mary L. Jeffries**, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: *December 18, 2008*

X *Mary L. Jeffries*
Signature of Debtor or Authorized Representative

**Mary L. Jeffries**
Printed Name of Debtor or Authorized Representative

Form ERS 1 (Rev. 10/03)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## STATEMENT OF AUTHORITY TO SIGN AND FILE PETITIONS

I, Douglas A. Kelley, declare under penalty of perjury that I am the Court Appointed Receiver of Thomas J. Petters, Petters Company, Inc., Peters Group Worldwide, LLC, and all affiliates, subsidiaries, divisions, successors or assigns owned 100% or controlled by the foregoing, which includes the entities listed below. As the Court Appointed Receiver, I herby declare as follows:

It is in the best interest of the following entities:

Polaroid Corporation;
Polaroid Holding Company;
Polaroid Consumer Electronics, LLC;

(hereinafter the "Companies") to file voluntary petitions in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

As the Court Appointed Receiver of the Companies, I authorize Mary L. Jeffries, Chief Executive Officer, to execute and deliver all documents necessary to perfect the filing of Chapter 11 voluntary bankruptcy cases on behalf of the Companies; and

As the Court Appointed Receiver, I authorize Mary L. Jeffries, or any other duly appointed Officer, to appear in all bankruptcy proceedings on behalf of the Companies, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Companies in connection with such bankruptcy case; and

As the Court Appointed Receiver, I am authorized to employ James A. Lodoen, attorney, and the law firm of Lindquist & Vennum P.L.L.P., to represent the Companies in such bankruptcy cases.

Executed on: 12/18/08

_____
Douglas A. Kelley,
Court Appointed Receiver

Doc# 2777658\1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA

In re:
Polaroid Corporation;
Polaroid Holding Company;
Polaroid Consumer Electronics, LLC;
Polaroid Capital, LLC;
Polaroid Latin America I Corporation;
Polaroid Asia Pacific LLC;
Polaroid International Holding LLC;
Polaroid New Bedford Real Estate, LLC;
Polaroid Norwood Real Estate, LLC;
Polaroid Waltham Real Estate, LLC
    Debtor.

Bky. TBA
Ch. 11

## NOTICE OF INTENTION TO
## SEEK EXPEDITED HEARING

The debtor in the above Chapter 11 case, gives notice that it intends to seek expedited hearings on the following matters (check all that apply):

__X__   JOINT MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED BANKRUPTCY CASES

__X__   MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CERTAIN LISTS REQUIRED BY BANKRUPTCY RULE 1007(c)

__X__   MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT SYSTEMS

__X__   MOTION TO PAY PRE-PETITION WAGES, SALARIES, AND RELATED BENEFITS

__X__   MOTION ~~FOR ORDER AUTHORIZING USE OF CASH COLLATERAL~~ Regarding Case Administration and Cash Collateral

_____   MOTION FOR APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

__X__   MOTION, PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

_____   MOTION FOR ORDER ESTABLISHING NOTICE AND ADMINISTRATIVE PROCEDURES

| | |
|---|---|
| __X__ | MOTION FOR ORDER AUTHORIZING THE RETENTION OF PROFESSIONALS |
| _____ | MOTION FOR ORDER AUTHORIZING THE FILING OF DOCUMENTS UNDER SEAL |
| __X__ | MOTION FOR ORDER AUTHORIZING PAYMENT OF CERTAIN PREPETITION CUSTOMER CLAIMS IN THE ORDINARY COURSE OF BUSINESS (E.G., GIFT CERTIFICATES, LAYAWAY CLAIMS; WARRANTY CLAIMS; REFUND POLICIES) |
| _____ | MOTION FOR ORDER AUTHORIZING PAYMENT OF SALES AND USE TAXES |
| _____ | MOTION FOR ORDER AUTHORIZING DEBTORS TO RETURN GOODS PURSUANT TO SECTION 546(g) OF THE BANKRUPTCY CODE |
| _____ | MOTION FOR ORDER AUTHORIZING POSTPETITION DELIVERY OF GOODS ORDERED BY CUSTOMERS PREPETITION |
| _____ | MOTION FOR ORDER AUTHORIZING PAYMENT OF CUSTOMS DUTIES |
| _____ | MOTION FOR ORDER AUTHORIZING PAYMENT OF CONTRACTORS IN SATISFACTION OF LIENS |
| _____ | MOTION FOR ORDER AUTHORIZING DEBTORS TO HONOR CERTAIN PREPETITION CLAIMS OF SHIPPERS, FREIGHT HANDLERS AND WAREHOUSERS |
| _____ | MOTION FOR ORDER PERMITTING DEBTOR TO HONOR WORKERS' COMPENSATION PROGRAMS AND PAY INSURANCE OBLIGATIONS |
| _____ | MOTION FOR ORDER APPROVING THE ESTABLISHMENT OF RECLAMATION PROCEDURES |
| _____ | MOTION FOR ORDER REJECTING LEASES |

OTHERS (list):

| | |
|---|---|
| ____ | MOTION FOR AN ORDER TO ESTABLISH ELECTRONIC MAIL PROCEDURES |