# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | JOINTLY ADMINISTERED UNDER CASE NO. 08-46617: |
| POLAROID CORPORATION, ET AL., | 08-46617 (GFK) |
| Debtors. | |
| (includes: | |
| Polaroid Holding Company; | 08-46621 (GFK) |
| Polaroid Consumer Electronics, LLC; | 08-46620 (GFK) |
| Polaroid Capital, LLC; | 08-46623 (GFK) |
| Polaroid Latin America I Corporation; | 08-46624 (GFK) |
| Polaroid Asia Pacific LLC; | 08-46625 (GFK) |
| Polaroid International Holding LLC; | 08-46626 (GFK) |
| Polaroid New Bedford Real Estate, LLC; | 08-46627 (GFK) |
| Polaroid Norwood Real Estate, LLC; | 08-46628 (GFK) |
| Polaroid Waltham Real Estate, LLC) | 08-46629 (GFK) |
| | Chapter 11 Cases |
| | Judge Gregory F. Kishel |

## NOTICE OF CLOSING OF APPROVED § 363 SALE

**PLEASE TAKE NOTICE** that on April 17, 2009 the United States Bankruptcy Court of the District of Minnesota (the "Court") entered an order (the "Sale Order") pursuant to 11 U.S.C. §§ 363 and 365 in the above-referenced, jointly-administered Chapter 11 cases of Polaroid Corporation, et al. (the "Debtors"), among other things, approving a sale of substantially all of Debtors' assets to PLR Acquisition, LLC, a joint venture between Hilco Consumer Capital, L.P. and Gordon Brothers Brands, LLC ("Buyer").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the terms of the Sale Order and the terms of the approved Purchase Agreement, Buyer and Debtors executed all necessary

Doc# 2944246\1

documentation, and the funds have since been transferred. The approved sale transaction between Buyer and Debtors officially closed on May 7, 2009 (the "Closing").

**PLEASE TAKE FURTHER NOTICE** that in connection with Closing, all Debtors are obligated to change their corporate names for purposes of discontinuing usage of the "Polaroid" name or likeness. Accordingly, all Debtors will file the necessary documentation with the appropriate offices of the Secretary of State in the jurisdiction of incorporation or formation for the purpose of complying with this requirement. A subsequent notice will be filed with the Court after such name changes have been completed.

Dated: May 8, 2009                  **LINDQUIST & VENNUM P.L.L.P.**

By: /e/ James A. Lodoen
    James A. Lodoen (173605)
    George H. Singer (0262043)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
www.lindquist.com

**ATTORNEYS FOR POLAROID CORPORATION**