LOCAL FORM 2002-5

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Polaroid Corporation

Case No. 08-46617

Debtor(s).

## NOTICE OF WITHDRAWAL

To: The Clerk of Court and all entities listed in Local Rule 9013-3.

1. The undersigned filed a request for notice or notice of appearance under Bankruptcy Rule 2002(i) or 9010(b) on August 24, 2016.

2. You are hereby notified that such request for notice or notice of appearance is withdrawn. The undersigned requests that electronic noticing to her be discontinued for Case No. 08-46617.

Dated: May 4, 2018

Signed: Kesha Tanabe

Attorney for: Michael McElroy et al.

Name: Kesha Tanabe

Address: PO 17240

Minneapolis, MN 55406

Phone: 612-735-0188

License: MN 0387520

of Attorney for party that filed request for notice or notice of appearance.