**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-46617** |
| Polaroid Corporation, et al., | Court File Nos: |
| Debtors. | 08-46617 (KHS) |
| (includes: | |
| Polaroid Holding Company; | 08-46621 (KHS) |
| Polaroid Consumer Electronics, LLC; | 08-46620 (KHS) |
| Polaroid Capital, LLC; | 08-46623 (KHS) |
| Polaroid Latin America I Corporation; | 08-46624 (KHS) |
| Polaroid Asia Pacific LLC; | 08-46625 (KHS) |
| Polaroid International Holding LLC; | 08-46626 (KHS) |
| Polaroid New Bedford Real Estate, LLC; | 08-46627 (KHS) |
| Polaroid Norwood Real Estate, LLC; | 08-46628 (KHS) |
| Polaroid Waltham Real Estate, LLC) | 08-46629 (KHS) |
| | Chapter 7 Cases |
| | Judge Kathleen H. Sanberg |

**NOTICE OF HEARING AND PROPOSED AGENDA FOR**
**MATTERS SCHEDULED FOR HEARING AT THE OMNIBUS HEARING ON**
**DECEMBER 19, 2018 at 1:30 PM**

John R. Stoebner, the duly-appointed Chapter 7 Trustee (the "Polaroid Trustee") of the above-captioned debtors (the "Debtors"), through his undersigned counsel, proposed the following agenda for the matters scheduled for hearing on December 19, 2018 before the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415.

**AGENDA**

1. **Fee applications.** Fee applications were filed by the following:

   a. Lapp, Libra, Thomson, Stoebner & Pusch, Chartered, Doc **3158**.

   b. John R. Stoebner, Trustee, Doc. **3159**.

   c. Meland Russin & Budwick, P.A., Doc. **3160**. A companion fee application was filed in the Petters Capital Case, Doc. **472**.

1

    d. PriceWaterhouseCoopers, LLP, Doc. **3161**.

    e. Quinn Emanuel Urquhart & Sullivan, LLP, Doc. **3162**. A companion fee application was filed in the Petters Capital Case, Doc. **473**.

    f. Stoel Rives, LLC, Doc. **3163**.

    g. Faegre Baker Daniels, LLP, Doc. **3166**.

    2.    **Motion:** Notice of Hearing and Motion to approve proposed budget and for authorization for use of Cash Collateral, Doc. **3164.** A companion Motion was filed in the Petters Capital Case, Doc. **477**.

Counsel will be prepared to discuss, if necessary, any other matter requested by the Court.

Respectfully submitted,

Dated: December 12, 2018                LAPP, LIBRA, THOMSON,
                                                  STOEBNER & PUSCH, CHARTERED

                                                  /e/ Rosanne H. Wirth
                                                  John R. Stoebner (#140879)
                                                  Rosanne H. Wirth (#137479)
                                                  120 South Sixth Street, Suite 2500
                                                  Minneapolis, MN  55402
                                                  (612) 338-5815

                                                  **ATTORNEYS FOR**
                                                  **JOHN R. STOEBNER,**
                                                  **POLAROID TRUSTEE**