# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-46617** |
| Polaroid Corporation, et al., | Court File Nos: |
| Debtors. | 08-46617 (KHS) |
| (includes:<br>Polaroid Holding Company;<br>Polaroid Consumer Electronics, LLC;<br>Polaroid Capital, LLC;<br>Polaroid Latin America I Corporation;<br>Polaroid Asia Pacific LLC;<br>Polaroid International Holding LLC;<br>Polaroid New Bedford Real Estate, LLC;<br>Polaroid Norwood Real Estate, LLC;<br>Polaroid Waltham Real Estate, LLC) | 08-46621 (KHS)<br>08-46620 (KHS)<br>08-46623 (KHS)<br>08-46624 (KHS)<br>08-46625 (KHS)<br>08-46626 (KHS)<br>08-46627 (KHS)<br>08-46628 (KHS)<br>08-46629 (KHS) |
| | Chapter 7 Cases<br>Judge Kathleen H. Sanberg |

## NOTICE OF HEARING AND PROPOSED AGENDA FOR MATTERS SCHEDULED FOR HEARING AT THE OMNIBUS HEARING ON NOVEMBER 20, 2019 at 1:30 PM

John R. Stoebner, the duly-appointed Chapter 7 Trustee (the "Polaroid Trustee") of the above-captioned debtors (the "Debtors"), through his undersigned counsel, submit the following proposed agenda for the matters scheduled for hearing on November 20, 2019 at 1:30 p.m. before the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415.

### AGENDA

1. **Motion for Use of Cash Collateral:** Notice of Hearing and Motion to Approve Proposed Budget and for Authorization for use of Cash Collateral, **Doc. 3270**. A companion Motion for Approval of use of Petters Capital, LLC's Cash Collateral and Approval of Replacement Lien was filed in the Petters Capital, LLC case, Bky No. 09-43847, **Doc. 497**. The Polaroid Trustee filed a Response of No Objection to the Motion filed in the Petters Capital, LLC case, **Doc. 499**.

1

2. **Motion for 2004 Examinations.** Notice of Hearing and Verified Motion for an Order directing Rule 2004 Examinations, **Doc. 3271**.

3. **Turnover Motion.** Notice of Hearing and Verified Motion for Order Directing Turnover, **Doc. 3272**.

Counsel will be prepared to discuss, if necessary, any other matter requested by the Court.

Respectfully submitted,

                                                LAPP, LIBRA, STOEBNER
                                                & PUSCH, CHARTERED

Dated: November 13, 2019                */e/ Rosanne H. Wirth*
                                                Rosanne H. Wirth (#137479)
                                                John R. Stoebner (#140879)
                                                120 South Sixth Street, Suite 2500
                                                Minneapolis, MN  55402
                                                (612) 338-5815

                                                **ATTORNEYS FOR**
                                                **JOHN R. STOEBNER,**
                                                **POLAROID TRUSTEE**