**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | **Jointly Administered under Case No. 08-46617** |
| Polaroid Corporation, et al., | Court File Nos: |
| Debtors. | 08-46617 (KHS) |
| (includes: | |
| Polaroid Holding Company; | 08-46621 (KHS) |
| Polaroid Consumer Electronics, LLC; | 08-46620 (KHS) |
| Polaroid Capital, LLC; | 08-46623 (KHS) |
| Polaroid Latin America I Corporation; | 08-46624 (KHS) |
| Polaroid Asia Pacific LLC; | 08-46625 (KHS) |
| Polaroid International Holding LLC; | 08-46626 (KHS) |
| Polaroid New Bedford Real Estate, LLC; | 08-46627 (KHS) |
| Polaroid Norwood Real Estate, LLC; | 08-46628 (KHS) |
| Polaroid Waltham Real Estate, LLC) | 08-46629 (KHS) |
| | Chapter 7 Cases |
| | Judge Kathleen H. Sanberg |

**NOTICE OF HEARING AND PROPOSED AGENDA FOR**
**MATTERS SCHEDULED FOR HEARING AT THE OMNIBUS HEARING ON**
**DECEMBER 18, 2019 at 1:30 PM**

John R. Stoebner, the duly-appointed Chapter 7 Trustee (the "Polaroid Trustee") of the above-captioned debtors (the "Debtors"), through his undersigned counsel, submit the following proposed agenda for the matters scheduled for hearing on Wednesday **December 18, 2019** at **1:30 p.m.** before the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, in Courtroom 8 West, 300 South Fourth Street, Minneapolis, Minnesota 55415.

**AGENDA**

1. **Fee applications.** Fee applications were filed by the following:

   a. PricewaterhouseCoopers, LLP, Doc. **3286**.

   b. John R. Stoebner, Trustee, Doc. **3287**.

   c. Lapp, Libra, Stoebner & Pusch, Chartered, Doc **3288**.

Counsel will be prepared to discuss, if necessary, any other matter requested by the Court.

Respectfully submitted,

| | |
|---|---|
| Dated: December 11, 2019 | LAPP, LIBRA, STOEBNER & PUSCH, CHARTERED |
| | /e/ *Rosanne H. Wirth* |
| | Rosanne H. Wirth (#137479) |
| | John R. Stoebner (#140879) |
| | 120 South Sixth Street, Suite 2500 |
| | Minneapolis, MN  55402 |
| | (612) 338-5815 |
| | |
| | **ATTORNEYS FOR JOHN R. STOEBNER, POLAROID TRUSTEE** |